IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA PHILLIPS     PLAINTIFF

v.     No. 4:21-cv-901-DPM

JOHN STALEY, Sheriff,
Lonoke County and KRISTI
FLUD, Jail Administrator,
Lonoke County     DEFENDANTS

## JUDGMENT

Phillips' amended complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2022